No. 79–6046. LITTLEFIELD v. FORT DODGE MESSENGER ET AL. C. A. 8th Cir. Certiorari denied. ▆▆▆▆▆▆▆▆ : ▆▆▆▆▆▆▆▆.

No. 79–6047. DYER v. CRISP, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆.

No. 79–6062. COUSIN v. BLACKBURN, WARDEN,. C. A. 5th Cir. Certiorari denied. ▆▆▆▆▆▆▆▆▆▆.

No. 79–6089. O'CONNOR v. SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 2d Cir. Certiorari denied.

No. 79–6095. LIGON v. CUYLER, PRISON SUPERINTENDENT, ET AL. C. A. 3d Cir. Certiorari denied. ▆▆▆▆▆▆▆▆ : ▆▆▆▆▆▆▆▆.

No. 79–6103. CAMPBELL v. UNITED STATES. Ct. Cl. Certiorari denied. ▆▆▆▆▆▆▆▆▆▆▆▆.

No. 79–6122. COOPER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 79–6133. CAPPELLETTI v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▆▆▆▆▆▆▆▆▆▆▆▆.

No. 79–6137. PERRY v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▆▆▆▆▆▆▆▆▆▆▆▆▆.

No. 79–6156. GREENE v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▆▆▆▆▆▆▆▆▆▆▆▆.

No. 79–584. RESEARCH EQUITY FUND, INC. v. INSURANCE COMPANY OF NORTH AMERICA. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari. MR. JUSTICE REHNQUIST took no part in the consideration or decision of this petition. ▆▆▆▆▆▆▆▆▆▆.

No. 79–656. MANCHESTER v. UNITED STATES. C. A. 3d Cir. Certiorari denied. MR. JUSTICE STEWART would grant certiorari. ▆▆▆▆▆▆▆▆▆▆.